

**Received**

07/22/25 05:42 pm

**Filed**

07/22/25

Estate of Anne Milner Fields, Deceased, Bryan K.
Milner, Executor,

     Petitioner

     v.

Commissioner of Internal Revenue

     Respondent

Electronically Filed

Docket No. 1285-20

Document No. 125

# Notice of Appeal for the 5th Circuit

Certificate of Service



Estate of Anne Milner Fields, Deceased, Bryan K.
Milner, Executor,

    Petitioner

    v.

Commissioner of Internal Revenue

    Respondent

Electronically Filed
Docket No. 1285-20
Document No. 125

# Notice of Appeal

Certificate of Service

**UNITED STATES TAX COURT**
**WASHINGTON, DC 20217**

| | | |
|---|---|---|
| ESTATE OF ANNE MILNER FIELDS, DECEASED, BRYAN K. MILNER, EXECUTOR, | § § § § | |
| Petitioner, | § § | DOCKET NO. 1285-20 |
| V. | § § § | |
| COMMISSIONER OF INTERNAL REVENUE, | § § § | |
| Respondent. | § | |

## NOTICE OF APPEAL

Notice is hereby given that the ESTATE OF ANNE FIELDS, DECEASED, C/O BRYAN K. MILNER, EXECUTOR, hereby appeals to the United States Court of Appeals for the 5th Circuit from the findings of fact and decisions filed and entered in the above-captioned proceeding as below:

1. Corrected Memorandum Opinion[1], entered and served on November 4, 2024 (T.C. Memo. 2024-90, Dkt. No. 105).

2. Order and Decision entered and served on July 10, 2025 (Dkt. No. 124).

Petitioner appeals these decisions in their entirety.

---

[1] The Court first issued a Memorandum Opinion on September 26, 2024, and Order and Decision on October 3, 2024 (Dkt. Nos. 101 and 102), which it later ordered vacated and struck from the record (*see* Dkt. Nos. 104 and 106).

GRAY REED LLP


JOSHUA D. SMELTZER
Tax Court No. SJ2187
ANGELA D. ALLOJU
Tax Court No. AA23135
Telephone: (469) 320-6225/6235
Telecopy:  (469) 320-6930/6950
Email:  jsmeltzer@grayreed.com
Email:  aalloju@grayreed.com

GRAY REED LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

ATTORNEYS FOR PETITIONER

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing NOTICE OF APPEAL was served on Respondents by electronic service via DAWSON. A copy was also served by certified mailing of the same on July 22, 2025, via the United States Postal Service, addressed as follows:

        Billi Seale (SB0526)
        Internal Revenue Service
        13th Floor
        4050 Alpha Road, MS 2000 NDAL
        Dallas, TX 75244-4203


Dated: 07/22/2025

JOSHUA D. SMELTZER
Tax Court No. SJ2187