# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

No. 25-60403

Estate of Anne Milner Fields, *Deceased*, Bryan K. Milner,
Executor,

*Petitioner—Appellant*,

*versus*

Commissioner of Internal Revenue,

*Respondent—Appellee*.

Appeal from a Decision of the
United States Tax Court
Tax Court No. 1285-20

## JUDGMENT

Before KING, HIGGINSON, and DUNCAN, *Circuit Judges*.

This cause was considered on the record of the United States Tax Court and the briefs on file.

IT IS ORDERED and ADJUDGED that the decision of the United States Tax Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 25-60403

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.